UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DENNISE JEAN ORAND,**

> **Plaintiff,**

**v.**                                                    **Case No:  6:14-cv-523-Orl-41GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

> **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on April 1, 2014, seeking judicial review under 42 U.S.C. § 405(g) of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's application for Supplemental Social Security Income benefits. United States Magistrate Judge Gregory J. Kelly filed a Report and Recommendation (Doc. 19) on August 5, 2015, recommending that the Commissioner's final decision be affirmed.

After an independent *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1.  The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Commissioner's final decision is **AFFIRMED**.

3.  The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 10, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record